IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| KENNETH G. MESSER, | ) | |
| Plaintiff, | ) | |
| v | ) | |
| BORG-WARNER AUTOMOTIVE TURBO SYSTEMS CORP., PEG GLENN, and MYRA BUTLER, | ) ) ) ) | CIVIL NO. 1:06-CV-228 |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants', BorgWarner Turbo Systems, Inc., (incorrectly identified in plaintiff's complaint as "Borg-Warner Automotive Turbo Systems Corp.") and Myra Butler's motion for admission *pro hac vice* of Fred W. Suggs, Jr. and Peter B. Murphy of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., to appear as additional counsel for the defendants, BorgWarner Turbo Systems, Inc. And Myra Butler, in this matter filed on November 2, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Fred W. Suggs, Jr. and Peter B. Murphy are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: November 3, 2006

Dennis L. Howell
United States Magistrate Judge